DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRUCE COWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2058

_____

April 22, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and David Campbell, Senior Assistant Attorney General, for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.